# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHN 3:17 INVESTMENTS, LLC**                                                          **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 4:21-CV-075-DAS**

**MCGRIFF INSURANCE SERVICES, INC.**                                    **DEFENDANT**

## AGREED ORDER OF DISMISSAL

The parties having announced to the Court that they have resolved all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS THEREFORE, ORDERED AND ADJUDGED that this action be, and it is hereby dismissed without prejudice as to claims asserted by John 3:17 Investments, LLC.

SO ORDERED AND ADJUDGED this the 8th day of June, 2022.

                                                                                                 /s/ David A. Sanders
                                                                                                 U.S. MAGISTRATE JUDGE

Approved as to Form:

*/s/ J. Chase Bryan*
J. Chase Bryan, Esq., MB# 9333
Attorney for John 3:17 Investments, LLC

*/s/ D. Sterling Kidd*
D. Sterling Kidd, Esq. MB#103670
Attorney for McGriff Insurance Services, Inc.